K<small>AMALA</small> D. H<small>ARRIS</small>, State Bar No. 146672
Attorney General of California
M<small>ISHA</small> D. I<small>GRA</small>, State Bar No. 208711
Supervising Deputy Attorney General
W<small>ILLIAM</small> J. D<small>OUGLAS</small>, State Bar No. 125079
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5596
 Fax: (916) 324-5205
 E-mail: William.Douglas@doj.ca.gov
*Attorneys for Defendant Sweeny*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEITH R. BRIDGEWATER,**<br><br>             Plaintiff,<br><br>     v.<br><br>**DEBRA SWEENY,**<br><br>             Defendant. | Case No. 2:11-cv-01216-CMK<br><br>**AMENDED SCHEDULING ORDER** |

   Defendant Sweeney requested a modification of the Court's Scheduling Order (ECF No. 14) under the stipulation signed by the parties.  For good cause shown,

   IT IS ORDERED:

   1.   Sweeney will serve Bridgewater with responses to the Discovery Request on or before April 30, 2012.  Sweeney reserves the right to assert all applicable objections and privileges.

   2.   Bridgewater may serve a motion to compel further responses to the Discovery Requests on or before June 29, 2012.

   3.   Dispositive motions shall be filed on or before September 27, 2012.

   4.   Bridgewater withdraws his pending motion to compel.  (ECF No. 15.)

/ / /

5. The Court's Scheduling Order (ECF No. 14) remains unmodified in all other respects.

**Date: 4/11/2012**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

SA2011303825
31434528.doc